WILLIAM  TUDOR,  Appellant, *v.* WILLIAM  M.  EBNER,
Respondent.

*Tudor* v. *Ebner*, 104 App. Div. 562, affirmed.
(Argued October 4, 1905; decided October 24, 1905.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 8, 1905, which affirmed an interlocutory
judgment of Special Term overruling a demurrer to the answer.

The following question was certified :

"Is an action, wherein the plaintiff is, and at the time of
the accrual of the cause of action was, a resident of the State
of Massachusetts, and the defendant is, and at the time of the
accrual of the cause of action was, a resident of the District
of Alaska, to recover damages incurred by plaintiff by reason
of false and fraudulent representations made to him by the
defendant, whereby he was induced to purchase personal
property, which was of a value less than would have been
the case had the representations been true, and also less than
the purchase price, an action ' for any injury to the person or
rights of another not arising in contract and not herein
especially enumerated,' within the meaning of those words
as they are used in an Act of the Congress of the United
States, entitled, 'An Act Making Further Provision for a
Civil Government for Alaska, and for other purposes,' which
was duly approved and became a law on the 6th day of June,
1900, in Title II, Chapter Two thereof, Sections 3, 4 and 8
thereof, which read as follows :

" ' Sec. 3.  Civil actions shall only be commenced within the
periods prescribed in this title after the cause of action shall
have accrued.   *   *   *

" ' Sec. 4.  The periods prescribed in Section Three of this Act
for the commencement of actions shall be as follows :   *   *   *

" ' Sec. 8.  Within two years

" ' *First.*  An action for libel, slander, assault, battery,
seduction, false imprisonment, or for any injury to the person
or rights of another not arising on contract and not herein
especially enumerated.

"'Second. An action upon a statute for a forfeiture or penalty to the United States?'"

*H. B. Closson* and *Herbert Frazier* for appellant.

*Henry W. Clark, Albert B. Boardman* and *Frank H. Platt* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.